# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KORY SIJUAN CLAY, ALLEN STEVEN, ) <br> STUART, SHAWN PATRICK MILITZER, ) <br> and MIKE MONTGOMERY, ) <br> ) <br>       Plaintiffs, ) <br> ) <br>       v. ) <br> ) <br> JAMES PURKETT, JOE HOFFMEISTER, ) <br> BRADLEY HAHN, RANDALL BEEL, ) <br> BROC GREMMINGER, JAMES MILLER, ) <br> RICK GARRISH, MATT SCHULTZ, ) <br> and UNKNOWN CHAND, ) <br> ) <br>       Defendants. ) | No. 4:06-CV-1859 CAS |

## ORDER OF PARTIAL DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiffs Allen Steven Stuart, Shawn Patrick Militzer and Mike Montgomery are **DISMISSED** from this action, without prejudice, pursuant to Federal Rules of Civil Procedure 11(a) and 41(b).

                                                **CHARLES A. SHAW**
                                                **UNITED STATES DISTRICT JUDGE**

Dated this  27th  day of February, 2007.