# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KORY SIJUAN CLAY, ALLEN STEVEN, STUART, SHAWN PATRICK MILITZER, and MIKE MONTGOMERY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:06-CV-1859 CAS |
| JAMES PURKETT, JOE HOFFMEISTER, BRADLEY HAHN, RANDALL BEEL, BROC GREMMINGER, JAMES MILLER, RICK GARRISH, MATT SCHULTZ, and UNKNOWN CHAND, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff Kory Sijuan Clay's claims against defendants Hoffmeister, Beel, Gremminger, Miller, Garrish and Schultz are **DISMISSED** without prejudice for failure to exhaust administrative remedies. See 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that plaintiff's claims against defendant Unknown Chand are **DISMISSED** without prejudice pursuant to Rule 4(m), Fed. R. Civ. P.

*(signature)*

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  26th  day of July, 2007.